UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, <br><br> Plaintiff, <br> v. <br><br> MATTHEW WILKES, et al., <br><br> Defendants. | Case No. 3:25-cv-00816 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Luke A. Evans |

## **ORDER**

The parties have notified the Court that they have reached a resolution of all claims in this matter (Doc. No. 45). Accordingly, the telephone conference set on March 3, 2026, is CANCELLED.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge